# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Bunning, David L**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/  David L Bunning [electronically signed on 04/29/2019 by  David L Bunning in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this report is in compliance with the Ethics in Government Act, as amended, and other applicable laws and regulations.
**/s/ null, Certifying Official [electronically signed on 06/11/2019 by null in JEFS]**

# I. Positions

None

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|--------|-------------|
| 1 | Dental Center of Florence | Bookkeeper |

# IV. Reimbursements

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|--------|-------|----------|---------|------------------------|
| 1 | Kentucky Justice Association | 09/12/2018 - 09/14/2018 | Nashville, TN | Speaking at Annual KJA Convention | Lodging and Parking fees |

# V. Gifts

| # | SOURCE | DESCRIPTION | VALUE |
|---|--------|-------------|-------|
| 1 | Troy and Jody Mizell | One-way airplane accommodations from Greenville, SC to Cincinnati, OH for three family members on September 28, 2018. | $525 |

## VI. Liabilities

| # | CREDITOR | TYPE | VALUE |
|---|----------|------|-------|
| 1 | U.S. Department of Education, Federal Loan Servicing | Direct Parent Plus Loan | $15,001 - $50,000 |
| 2 | Chase Marriott Rewards Visa | Credit Card | $1 - $15,000 |
| 3 | Hilton Honors AMEX | Credit Card | $1 - $15,000 |

## VII. Investments and Trusts

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|-------------|---------------|-------------|-------------------------|--------------|-------------|-------------|--------------|
| IRA # 1 (Header) | | | | | | | |
| Growth Fund of America | $1,000 or less | Dividend | None | Cash Market | | | |
| Growth Fund of America | | | | | Distributed | 05/25/2018 | $15,000 or less |
| New Economy Fund | $1,000 or less | Dividend | None | Cash Market | | | |
| New Economy Fund | | | | | Distributed | 05/25/2018 | $15,000 or less |

## Additional Information or Explanation